UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Timothy Dasler,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Dalene Washburn,<br><br>　　　　Defendant. | Civil Action No. 2:21–cv–194 |

## ORDER

On or before October 12, 2021, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 30th day of September 2021.

　　　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Doyle*
　　　　　　　　　　　　　　　　　　　　Kevin J. Doyle
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge